UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 07264
   THEODORE AKERS
   KRISTINE M AKERS                         CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-4504      SSN XXX-XX-4830
```

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/21/06 and confirmed on 10/03/06.

2. The case was dismissed after confirmation, 12/14/2007.

3. The Debtor paid a total of $ 10093.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FUNDING | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | 250.00 | 1.87 | 250.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7689.50 | .00 | 783.21 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 31311.75 | .00 | 3189.26 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2219.64 | .00 | 226.09 |
| ECMC | UNSECURED | 2994.14 | .00 | 304.98 |
| NEW YORK HIGHER EDUCATIO | UNSECURED | NOT FILED | .00 | .00 |
| NEW YORK HIGHER EDUCATIO | UNSECURED | NOT FILED | .00 | .00 |
| LANGLEY FEDERAL CU | UNSECURED | 5902.20 | .00 | 601.18 |
| ARMY & AIR FORCE EXCHANG | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5691.62 | .00 | 579.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3532.72 | .00 | 359.83 |
| B REAL LLC | UNSECURED | 1193.87 | .00 | 121.60 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6250.92 | .00 | 636.69 |
| RMA | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 1208.44 | .00 | 123.09 |
| BECKET & LEE LLP | UNSECURED | 1906.88 | .00 | 194.23 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 1314.33 | .00 | 133.86 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 291.49 | .00 | 29.68 |
| ROUNDUP FUNDING LLC | UNSECURED | 1288.44 | .00 | 131.23 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 250.00 | .00 | 72795.94 | .00 | 73045.94 |

```
PRINCIPAL PAID              250.00       .00    7414.66         .00    7664.66
INTEREST PAID                 1.87       .00        .00         .00       1.87
TOTAL PAID                  251.87       .00    7414.66         .00    7666.53
```
The Debtor's attorney, LEGAL HELPERS PC                    , was allowed $   3000.00
and was paid $   1000.00  direct and $   2000.00  through the plan.

The Trustee received $     426.47 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/10/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO.  06 B 07264 THEODORE AKERS & KRISTINE M AKERS